IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MAKIYA BRADSHER and SHANNON BRADSHER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:23CV827 |
| TONYA JANE COPE, in her individual capacity, and ALAMANCE-BURLINGTON BOARD OF EDUCATION, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On August 12, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Alamance-Burlington Board of Education filed objections within the time limits prescribed by section 636. (Doc. 31.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant Tanya Jane Cope's Motion to Dismiss (Doc. 17) and Defendant Alamance-Burlington Board of Education's Motion to Dismiss (Doc. 10) are GRANTED as to Plaintiffs' § 1983 claims and that Count III (denominated as

Violation of Fourteenth Amendment Right to Substantive Due Process), Count IV (denominated as Unconstitutional Policies, Practices, and Customs), and Count IV[1] (denominated as Failure to Train) are DISMISSED.  The court declines to exercise supplemental jurisdiction over the remaining state law claims, which are DISMISSED WITHOUT PREJUDICE.

This ends this action in this court.

    /s/   Thomas D. Schroeder
United States District Judge

September 19, 2024

---

[1] The complaint mistakenly contains two counts denominated as "Count IV."